44 So.2d 27
### Sidney Earl BENNETT v. STATE.
### 7 Div. 30.

Supreme Court of Alabama.

Dec. 1, 1949.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

A. A. Carmichael, Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Sidney Earl Bennett for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Bennett v. State, 44 So.2d 31.

Writ denied.

BROWN, FOSTER, and SIMPSON, JJ., concur.

42 So.2d 843
### BIRMINGHAM ELECTRIC CO. v. Daniel PARKER.
### 6 Div. 944.

Supreme Court of Alabama.

Oct. 3, 1949.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Percy B. Watkins and Roger Rice, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

45 So.2d 869
### BIRMINGHAM ELECTRIC CO. v. Virginia WILLIAMS.
### 6 Div. 14.

Supreme Court of Alabama.

Feb. 13, 1950.

Lange, Simpson, Robinson & Somerville, of Birmingham, for appellant.

Taylor, Higging, Koenig & Windham, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

46 So.2d 856
### Ex parte Edna A. BOLES.
### 8 Div. 562.

Supreme Court of Alabama.

May 1, 1950.

J. D. Carroll, Jr., of Huntsville, for petitioner.

PER CURIAM.

Rule nisi denied, petition dismissed.

42 So.2d 843
### Delois BROOKS v. Oliver BROOKS.
### 2 Div. 270.

Supreme Court of Alabama.

Oct. 25, 1949.

Jas. S. Coleman, Jr., of Eutaw, for appellant.

Wesley G. Beinert, of Eutaw, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.